**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Deckers Outdoor Corporation
                           Plaintiff,

v.                                          Case No.: 1:11−cv−07970
                                                        Honorable Ronald A. Guzman

DOES 1−101, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 15, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Motion hearing held on 11/15/2011. Motion by Plaintiff for leave to file excess pages[9] is granted. Motion by Plaintiff for temporary restraining order[10] is granted. Motion by Plaintiff to seal Schedule A and other documents identifying Defendants [12] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.