**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DECKERS OUTDOOR CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 11-cv-7970 |
| v. | ) ) | **Honorable Ronald A. Guzman** |
| LIYANGHUA et al., | ) ) | **Magistrate Martin C. Ashman** |
| Defendants. | ) ) ) ) ) | |

**DECKERS OUTDOOR CORPORATION'S MOTION FOR ENTRY OF A
PRELIMINARY INJUNCTION AND SERVICE OF PROCESS BY EMAIL AND
<u>ELECTRONIC PUBLICATION ORDER</u>**

Deckers Outdoor Corporation ("Deckers") seeks to convert the Temporary Restraining Oder against Defendants into a Preliminary Injunction and Service of Process by Email and Electronic Publication. Such application is based upon this Motion and the concurrently filed Memorandum of Law in Support.

Dated this 7th day of December 2011.

                                                Respectfully submitted,

                                                _____/s/ Justin R. Gaudio_____
                                                Kevin W. Guynn
                                                Amy Ziegler
                                                Justin R. Gaudio
                                                Greer, Burns & Crain, Ltd.
                                                300 South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                312.360.0080
                                                312.360.9315 (facsimile)
                                                jgaudio@gbclaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2011, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system and that I will e-mail the documents to all Defendants at the e-mail addresses identified in Schedule A to Decker's First Amended Complaint.

Greer, Burns & Crain Ltd.

Attorneys for Plaintiff Deckers,

_____/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net