**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) LIYANGHUA et al., ) ) Defendants. ) ) ) ) | Case No. 11-cv-7970<br><br>**Honorable Ronald A. Guzman**<br><br>**Magistrate Martin C. Ashman** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that pursuant to this court's previously ordered TRO extension, Deckers Outdoor Corp. notices this motion up for Monday December 12, 2011, at 10:30 A.M., Plaintiff, by counsel, shall appear before the Honorable Judge Martin C. Ashman in Room 1801 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for a Preliminary Injunction and Service of Process by Email and Electronic Publication.

Dated this 7th day of December 2011.

                                                      Respectfully submitted,

                                                      _____/s/ Justin R. Gaudio_____
                                                      Kevin W. Guynn
                                                      Amy Ziegler
                                                      Justin R. Gaudio
                                                      Greer, Burns & Crain, Ltd.
                                                      300 South Wacker Drive, Suite 2500
                                                      Chicago, Illinois 60606
                                                      312.360.0080
                                                      312.360.9315 (facsimile)
                                                      jgaudio@gbclaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2011, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system and that I will e-mail the documents to all Defendants at the e-mail addresses identified in Schedule A to Decker's First Amended Complaint.

        Greer, Burns & Crain Ltd.
        Attorneys for Plaintiff Deckers,

        _____/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy Ziegler
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net