**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Deckers Outdoor Corporation
                        Plaintiff,

v.                                        Case No.: 1:11−cv−07970
                                              Honorable Ronald A. Guzman

DOES 102−500, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 14, 2011:

      MINUTE entry before Honorable Martin C. Ashman: Enter Report and Recommendation. The Court hereby recommends that Decker's motion for preliminary injunction [28] be granted in part and denied in part. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.